Naomi Spector (SBN 222573)
Email: nspector@kamberlaw.com
Christopher D. Moon (SBN 246622)
Email: cmoon@kamberlaw.com
**KAMBERLAW, LLP**
9404 Genesee Avenue, Suite 340
La Jolla, CA  92037
Phone: 310.400.1053
Fax: 212.202.6364

*Counsel for Plaintiff Cory Brannon, and the putative Classes*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY BRANNON, individually, and on behalf of others similarly situated,<br><br>                        Plaintiff,<br><br>        vs.<br><br>BARLEAN'S,<br><br>                        Defendant. | **Case No.: 3:18-cv-00981-BEN-WVG**<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE WITHOUT PREJUDICE**<br><br>**(The Honorable Roger T. Benitez)** |

Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure provides that a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Pursuant to Rule 41(a)(1)(A)(i), plaintiff Cory Brannon hereby gives notice that this action is dismissed without prejudice.

Dated:  June 22, 2018                                    **KAMBERLAW, LLP**

                                                                          /s/ *Naomi B. Spector*
                                                                          Naomi B. Spector, Esq.
                                                                          *Attorneys for Plaintiff and putative class*